ECHOLS FUTRELL KELLY AND CHARLES WALLACE *v.* STATE

No. 41718          November 28, 1960          124 So. 2d 844

706

*W. Arlington Jones,* Hattiesburg, for appellants.

*G. Garland Lyell, Jr.,* Asst. Atty. Gen., Jackson, for appellee.

HALL, J.

This case presents purely a question of fact as there was testimony sharply conflicting and the jury had decided the case on this undisputed testimony. That being true, the judgment of the lower court should be, and it is, hereby affirmed.

Affirmed.

*Lee, Arrington, Gillespie* and *McElroy, JJ.,* concurring.